# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

KAVIN LEE PEEPLES,

                          Petitioner,    :        Case No. 2:26-cv-00116

   - vs -                               District Judge Algenon L. Marbley
                                        Magistrate Judge Michael R. Merz

TIMOTHY SHOOP, WARDEN,
  Ross Correctional Institution,

                                 :
                  Respondent.

## DECISION AND ORDER

This habeas corpus case, brought *pro se* by Petitioner Kavin Peeples to obtain relief from his sentence upon conviction for aggravated murder in the Pickaway County Court of Common Pleas, is before the Court on a number of Motions pending upon transfer of the Magistrate Judge reference to the undersigned, to wit

MOTION for Release From Custody to Private Hospital Pending Determination of Merits (ECF No. 5);

MOTION for Release from Custody (ECF No. 7);

MOTION to Amend Court's Order to Provide Copies of Filed Documents (ECF No. 8);

MOTION for Leave to File to File Exhibit J (ECF No. 10);

MOTION to grant Leave to Serve Documents On Respondent Electronically (ECF No. 11)

MOTION to Appoint Counsel (ECF No. 16);

Petitioner's MOTION for Appointment Counsel Due Extraordinary Circumstances (ECF No. 19);

1

MOTION for Transport on Habeas Corpus Action (ECF No. 20);

MOTION and Memorandum for Order Directing Respondent to File Ohio State University Medical Center Inmate (ECF No. 21); and

MOTION and Memorandum for Discovery (ECF No. 25).

The Magistrate Judge has recommended that the Petition be dismissed, rendering each of the above motions moot, and they are hereby denied on that basis without prejudice to their renewal if the recommendation for dismissal is denied.

When he ordered the Respondent to file and answer, Magistrate Judge Silvain also ordered "All papers filed in the case thereafter [i.e. after the Answer is filed] by either party shall include record references to the PageID number." (Order, ECF No. 3, PageID 183).  At ECF No. 8, PageID 270, Petitioner complains that he cannot comply because the ODRC does not provide him with access to the electronic docket through the Court's website and he does not have copies of filed documents.  But when the Respondent filed the State Court Record in this case, he attached a certificate of service which reads:

> I hereby certify that a copy of the foregoing *Respondent's Answer / Return of Writ and State Court Record Exhibits 1-68* has been electronically filed and has been served upon Petitioner Kavin Lee Peeples, #A199-353, Ross Correctional Institution, 16149 State Route 104, Chillicothe, Ohio 45601, via U.S. mail, postage prepaid, this 29th day of May 2026.

(ECF No. 15, PageID 1242).  Is Petitioner claiming this certificate is untrue?  If it is true, then Petitioner did receive a copy of the State Court Record to which he can refer to obtain the required PageID numbers.  What has Petitioner done with the copy?  In his Motion he requests the Court to resolve this problem, but the Court does not understand why Petitioner cannot comply.  Future filings, including any objections to the Report and Recommendations, must comply or they run

2

the risk of being stricken for noncompliance.

July 23, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge